AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Deshawn L. Lewis<br><br>*Defendant(s)* | Case No. 2:21-mj-789 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 9, 2021 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922 (g)(1) | Convicted Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
SEE ATTACHED

☒ Continued on the attached sheet.

*Complainant's signature* ATF TFO

ATF Task Force Officer Brian V. Boesch
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12-9-21

*Judge's signature*

City and state: Columbus, OH  Magistrate Judge Chelsey M. Vascura
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

## ATTACHMENT A

I, Brian V. Boesch, being duly sworn, depose and state that:

I have been a police officer with the Columbus Division of Police since November of 1994. I am currently assigned as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so assigned since July of 2014. I was previously assigned as a robbery detective for eight and a half years and successfully investigated robberies and extortions. As a Task Force Officer, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

1. This affidavit is made in support of an application for a federal arrest warrant and criminal complaint against **Deshawn Lemar LEWIS** for the following:

    a. Being a Convicted Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)

   My knowledge of this investigation is based upon my own personal observations, as well as the observation and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that LEWIS, has committed the above-referenced violations.

2. On or about December 9, 2021, Columbus Division of Police (CPD) Officer Nicholaus Nessley obtained a State of Ohio search warrant for the residence that Deshawn LEWIS was staying. The residence is an Air BnB LEWIS rented and is located at 2586 Osceola Ave. Columbus, OH. The items to be seized included, but were not limited to, firearms, cash, and illicit narcotics.

3. On or about December 9, 2021, at approximately 10:25am, CPD officers from the Investigative/Tactical Unit (IN/TAC) executed the search warrant at 2586 Osceola Ave. LEWIS was inside the residence at the time and was detained.

4. Once the structure was cleared of any persons and dogs, other members of the CPD REACT team and the HIDTA Task Force began searching the residence.

5. On the bed of the master bedroom, HIDTA TFO Joel Mefford observed and seized a Glock model 19, 9mm handgun, bearing serial number BFNC511. IN/TAC officers stated they encountered LEWIS in the hallway and arrested him there. In the bathroom, HIDTA TFO Nessley located several rounds of 9mm ammunition, as if LEWIS was attempting to flush the rounds.

6. On top of a dresser, in the same room the Glock handgun was located, was a men's wallet that contained the social security card of LEWIS', LEWIS' Ohio driver's license, and three (3) debit/credit cards with LEWIS' name, including one with the name of "Cut Boy Crippy", which is LEWIS' nickname.

7. LEWIS is prohibited from possessing a firearm and/or ammunition due to a felony conviction of Carrying a Concealed Weapon in the Franklin County Court of Common Pleas, case number 09CR3587. This offense is punishable by more than one year in prison. LEWIS was also convicted of Felonious Assault in the Franklin County Court of Common Pleas, case number 09CR3072. This offense is also punishable by

AO 91 (Rev. 11/11) Criminal Complaint

    more than one year in prison. LEWIS was convicted of Carrying a Concealed Weapon in the Franklin County Court of Common Pleas, case number 05CR0787. This offense is also punishable by more than one year in prison.

8. The offense of Being a Felon in Possession of a Firearm on December 9, 2021, was committed in the Southern District of Ohio.

_TFO Brian V. Boesch_
Brian V. Boesch, ATF Task Force Officer

Sworn to before me and signed in my presence.

_Chelsey M. Vascura_                  12-9-21
Chelsey M. Vascura                    Date
U.S. Magistrate Judge